IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE ORIGINAL BRADFORD SOAP WORKS, INC., Plaintiff, v. SCHICK ASIA LIMITED and ENERGIZER BATTERY, INC. d/b/a SCHICK WILKINSON SWORD, Defendants. | Civil Action No. 07- CA 07 233 S |

## COMPLAINT

Plaintiff, The Original Bradford Soap Works, Inc. ("Bradford"), brings this action against Defendants, Schick Asia Limited and Energizer Battery, Inc. d/b/a Schick Wilkinson Sword (collectively, "Schick"), for breach of contract.

PARTIES

1. Bradford is a Rhode Island corporation with a principal place of business at 200 Providence Street, West Warwick, Rhode Island 02893.

2. Defendant Energizer Battery, Inc. d/b/a Schick Wilkinson Sword is a Delaware corporation with a principal place of business in St. Louis, Missouri. Schick Wilkinson Sword is a division of Energizer Battery, Inc.

3. Defendant Schick Asia Limited is a Hong Kong limited company with a principal place of business in Hong Kong, China.

JURISDICTION AND VENUE

4. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the citizenship of the parties is diverse and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

5. Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

FACTUAL BACKGROUND

6. Bradford and Schick entered into a Supply Agreement effective January 1, 2005, and Bradford agreed to manufacture lubricant for Schick to use in its shaving products.

7. In the winter of 2006, Bradford manufactured several lots of lubricant in accordance with the specifications set forth in the Supply Agreement. The lubricant met the quality control tests and checks specified in the Supply Agreement.

8. Bradford loaded the lubricant into supersacks and shipped it to Schick in China.

9. Schick received the lubricant, and performed additional tests on some of the lubricant. These additional tests are not discussed in the Supply Agreement and were not known by Bradford.

10. On or about January 6, 2007, Schick concluded that some of the lubricant failed these additional tests, and on or about January 10, 2007, Schick informed Bradford.

11. Schick quarantined approximately 557,571 pounds of lubricant, which it refuses to utilize.

12. Bradford manufactured and shipped replacement lubricant to Schick on a rush basis.

13. Schick has not paid for the lubricant quarantined in China or an approximate 55,000 additional pounds of lubricant that remains at Bradford's facility.

COUNT I
(Breach of Contract)

14. Bradford incorporates the allegations of Paragraphs 1-13, as if set forth in full herein.

15. Schick breached the Supply Agreement by wrongfully rejecting and failing to pay for the lubricant.

16. As a result, Bradford has sustained approximately $850,000 in damages.

WHEREFORE, Bradford demands judgment in its favor against Schick for:

A. Money damages in an amount to be determined at trial, together with pre-judgment and post-judgment interest;

B. Costs of suit;

C. Reasonable attorneys' fees; and

D. Such other and further relief, including any appropriate equitable relief, as this Court may deem just and proper.

**PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY**

THE ORIGINAL BRADFORD
SOAP WORKS, INC.

By its Attorneys,

Dated: June 22, 2007.

Gerald J. Petros (AMP)

Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
(401) 274-2000
(401) 277-9600 (fax)
gpetros@haslaw.com
apiazza@haslaw.com

811070 (60344-132901)