UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ORIGINAL BRADFORD SOAP WORKS, INC. | : | |
| | : | |
| V. | : | C.A. No. 07-233/S |
| | : | |
| SCHICK ASIA LIMITED and ENERGIZER BATTERY, INC. d/b/a SCHICK WILKINSON SWORD | : | |

**ENTRY OF APPEARANCE**

Jeffrey S. Brenner, Jason C. Kravitz, and Jason P. Marino hereby enter their appearance on behalf of Defendants Schick Asia Limited and Energizer Battery, Inc. d/b/a Schick Wilkinson Sword.

Defendants,
SCHICK ASIA LIMITED and
ENERGIZER BATTERY, INC. d/b/a
SCHICK WILKINSON SWORD,
By their attorneys,

/s/ Jeffrey S. Brenner
/s/ Jason C. Kravitz
/s/ Jason P. Marino

Jeffrey S. Brenner (#4369)
Jason C. Kravitz (#4987)
Jason P. Marino (#7548)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
Email: JBrenner@NixonPeabody.com
JKravitz@NixonPeabody.com
JMarino@NixonPeabody.com

Dated: July 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Gerald J. Petros, Esq., at gpetros@haslaw.com, and Anna M. Piazza, Esq., at apiazza@haslaw.com, identified on the Notice of Electronic filing (NEF), on this 6th day of July, 2007.

/s/ Jeffrey S. Brenner