UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| THE ORIGINAL BRADFORD SOAP WORKS, INC. | : | |
| V. | : | C.A. No. 07-233/S |
| SCHICK ASIA LIMITED and ENERGIZER BATTERY, INC. d/b/a SCHICK WILKINSON SWORD | : | |

**STIPULATION**

The parties hereby stipulate that Defendants Schick Asia Limited and Energizer Battery, Inc. d/b/a Schick Wilkinson Sword shall have up to and including Monday, August 13, 2007, to answer or otherwise respond to Plaintiff's Complaint.

Plaintiff,
THE ORIGINAL BRADFORD SOAP WORKS, INC.,

By its attorneys,

/s/ Gerald J. Petros

Gerald J. Petros, Esq. (#2931)
Anna M. Piazza, Esq. (#7206)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Dated: July 6, 2007

Defendants,
SCHICK ASIA LIMITED and ENERGIZER BATTERY, INC. d/b/a SCHICK WILKINSON SWORD,
By their attorneys,

/s/ Jeffrey S. Brenner

Jeffrey S. Brenner (#4369)
Jason C. Kravitz (#4987)
Jason P. Marino (#7548)
NIXON PEABODY LLP
One Citizens Plaza, Suite 500
Providence, RI 02903
Tel: (401) 454-1000
Fax: (401) 454-1030
JBrenner@NixonPeabody.com
JKravitz@NixonPeabody.com
JMarino@NixonPeabody.com

Dated: July 6, 2007

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participant, Gerald J. Petros, Esq., at gpetros@haslaw.com, and Anna M. Piazza, Esq., at apiazza@haslaw.com, identified on the Notice of Electronic filing (NEF), on this 6th day of July, 2007.

/s/ Jeffrey S. Brenner