AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

**The Original Bradford Soap Works, Inc.**

**V.**

**Schick Asia Limited and Energizer Battery, Inc. d/b/a Schick Wilkinson Sword**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 233

TO: (Name and address of defendant)

**Energizer Battery, Inc. d/b/a Schick Wilkinson Sword**

**Agent for Service of Process:**
**CT Corporation, One Corporate Center, Floor 11, Hartford, CT 06103-3220**

**Agent for Service of Process:**
**The Corporation Trust Company, Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**Gerald J. Petros (#2931)**
**Anna M. Piazza (#7206)**
**Hinckley, Allen & Snyder LLP**
**50 Kennedy Plaza, Suite 1500**
**Providence, RI 02903**

an answer to the complaint which is herewith served upon you, within *20* days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 6/22/07

(BY) DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE ORIGINAL BRADFORD SOAP WORKS, INC.**<br>Plaintiff/Petitioner | Hearing Date:<br>CAUSE NO:<br>**CA07 233S** |
| vs.<br>**SCHICK ASIA LIMITED AND ENERGIZER BATTERY, INC. DBA SCHICK WILKINSON SWORD**<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **22nd day of June, 2007, at 3:20 PM**, at the address of **Corporation Trust Company**, **1209 ORANGE Street**, **WILMINGTON**, **New Castle** County, **DE 19801**; this affiant served the above described documents upon **ENERGIZER BATTERY, INC. DBA SCHICK WILKINSON SWORD**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Scott LaScala, REGISTERED AGENT, White, Male, Age 40's, 5'10", 170 lbs with brown hair**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **22nd day of June, 2007**.

**Daniel Newcomb, Reg. # None in DE, New Castle, DE**

SUBSCRIBED AND SWORN to before me this 22nd day of June, 2007

NOTARY PUBLIC in and for the State of **Delaware**
Residing at: Wilmington, DE
My Commission Expires: 6/15/08

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008

ABC's Client Name
**PFI MISC H**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4825968**

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **THE ORIGINAL BRADFORD SOAP WORKS, INC.**<br>Plaintiff/Petitioner | Hearing Date:<br>CAUSE NO:<br>**CA07 233S** |
| vs.<br>**SCHICK ASIA LIMITED AND ENERGIZER BATTERY, INC. DBA SCHICK WILKINSON SWORD**<br>Defendant/Respondent | AFFIDAVIT OF SERVICE OF:<br>**SUMMONS AND COMPLAINT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **22nd day of June, 2007, at 3:19 PM**, at the address of **ONE CORPORATE CENTER FLOOR 11**, **HARTFORD**, **Hartford** County, **CT 06103**; this affiant served the above described documents upon **ENERGIZER BATTERY, INC. DBA SCHICK WILKINSON SWORD**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Angie Farineau, Information Specialist, A white female approx. 30-35 years of age 5'0"-5'2" in height weighing 100-120 lbs with brown hair**.

No information was provided or discovered that indicates that the subjects served are members of the U.S. military.

DATED this **22nd day of June, 2007**.

______________________________
**Christine Foran, CT**

SUBSCRIBED AND SWORN to before me this 22nd day of June, 2007

______________________________
NOTARY PUBLIC in and for the State of **Connecticut**
Residing at: ______
My Commission Expires: ______

| ABC's Client Name | ORIGINAL PROOF OF SERVICE | ABC Tracking #: **4825967** |
|---|---|---|
| **PFI MISC H** | | |