**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| THE ORIGINAL BRADFORD SOAP WORKS, INC., Plaintiff, | Civil Action No. 07-233S |
| v. | |
| SCHICK ASIA LIMITED and ENERGIZER BATTERY, INC. d/b/a SCHICK WILKINSON SWORD, Defendants. | |

**NOTICE OF DISMISSAL**

**Plaintiff** in the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses with prejudice and without costs, interest, or attorneys' fees and waiving all rights of appeal.

Plaintiff:

THE ORIGINAL BRADFORD SOAP WORKS, INC.

By its attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

Dated: August 17, 2007

# CERTIFICATE OF SERVICE

To:

Jeffrey S. Brenner, Esq.
Jason C. Kravitz, Esq.
Nixon Peabody LLP
One Citizens Plaza, Suite 1500
Providence, RI 02903
jbrenner@nixonpeabody.com
jkravitz@nixonpeabody.com

I hereby certify that on August 17, 2007, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Anna M. Piazza (#7206)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

823424 (60344-132901)